No. 731. H. E. FILLER, APPELLANT, *v.* BEN STEELE, SHERIFF, ETC. Appeal from the District Court of the United States for the Western District of Pennsylvania. Argued April 5, 1916. Decided April 10, 1916. *Per Curiam.* Judgment affirmed with costs upon the authority of: (1) *Ex parte Parks,* 93 U. S. 18, 21; *Tinsley* v. *Anderson,* 171 U. S. 101, 105; *Frank* v. *Mangum,* 237 U. S. 309, 326; (2) *Allen* v. *Georgia,* 166 U. S. 138, 140; *Felts* v. *Murphy,* 201 U. S. 123, 129; *Twining* v. *New Jersey,* 211 U. S. 78; *Jordan* v. *Massachusetts,* 225 U. S. 167; (3) *Consolidated Turnpike* v. *Norfolk &c. Ry.,* 228 U. S.

596, 600; *Overton* v. *Oklahoma*, 235 U. S. 31; *Stewart* v. *Kansas City*, 239 U. S. 14. *Mr. Ralph D. Hurst* and *Mr. Thomas H. Greevy* for the appellant. *Mr. C. Ward Eicher,* *Mr. George E. Barron* and *Mr. Cecil E. Heller* for the appellee.